# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133842

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

TERRY LEWIS WILSON,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133842
COA: 276738
Oakland CC: 2006-206278-FH

On order of the Court, the application for leave to appeal the April 20, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

l0723